CITY AND COUNTY OF SAN FRANCISCO                OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

MEREDITH B. OSBORN
Deputy City Attorney

DIRECT DIAL: (415) 554-3911
E-MAIL:  meredith.osborn@sfgov.org

May 16, 2008

The Honorable Jeffrey S. White
Courtroom 2, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

**FILED**

MAY 2  2008

Re: *Kenneth McCall v. San Francisco Sheriff's Department et al.*
U.S. District Court No. C 07-5621 JSW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge White:

    This office will represent defendant Sergeant Adams in this case should she be summoned to appear. So far, Sergeant Adams has not been personally served with the summons and complaint. In your order, you dismissed the City and County of San Francisco and the San Francisco Sheriff's Department as defendants in the case. On April 3, 2008, you ordered defendant Sergeant Adams to file a motion to dismiss within sixty days of your order. The Office of the City Attorney received the order on April 11, 2008.

    I write to request your guidance on how to proceed. I do not wish to make a general appearance by filing a motion for an enlargement of time or an answer to the complaint when the named officer defendant has not yet been served. If the Court desires an administrative motion for relief from the case management order, I will make such a motion after being so advised by your clerk.

    I have enclosed a copy of the letter I sent to the United States Marshal with the business address of Sergeant Adams so that she may be properly served at her principal place of business.

    I am aware of your standing order regarding ex parte communications, and so I am also sending a copy of this letter to the plaintiff, Kenneth McCall.

                                Very truly yours,

                                  DENNIS J. HERRERA
                                City Attorney

                                Meredith B. Osborn
                                Deputy City Attorney

Encl.
cc:   Kenneth McCall
       2337817
       P.O. Box 67
       San Bruno, CA 94066

FOX PLAZA · 1390 MARKET STREET, SUITE 250 · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800  FACSIMILE: (415) 554-3837

n:\lit\li2008\081200\00481397.doc