IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIF.

KENNETH KAY McCALL
 PLAINTIFF

VS.

SGT ADAMS of SF. Sheriffs Dept
 DEFENDENT

NO. C07-5621 JSW (PR)

NOTICE of Civil Action

42 U.S.C. 1983

## NOTICE

ON the date of May 18, 2007, in the above listed court the plaintiff Kenneth Kay McCall wishes to state a claim under 42 U.S.C. § 1983 toward SGT ADAMS A San Francisco Sheriff whom on the date of 7-3-07 brutally attacked the Plaintiff Kenneth Kay McCall while in uniform of the San Francisco sheriffs dress code.

SGT ADAMS violated the Defendant constitutional rights to be free from the use of excessive force

The Plaintiff Kenneth Kay McCall wishes to serve SGT ADAMS the notice that while under color of the law a San Francisco sheriff this said SGT ADAMS knocked the Plaintiff Kenneth Kay McCall unconscious by throwing the Plaintiff over said Sgt ADAMS back to the concrete floor then placed her foot on the Plaintiffs back and hand cuffed hand in an attempt to remove Plaintiff Jewelery The Plaintiff was then drug about 30 yrds while still hand cuffed to his living quarters.

The Plaintiff swears by penalty of Purjery that the begoing is true and shall be taken care of according to the Law.

Very truly yours
K.K. McCall
2337817

In the United State District Court for the Northern District of California

Kenneth Kay McCall
Plaintiff

vs

Sgt. Adams SFSD
Defendant

No. C-07-5621 JSW (PR)

Notice of Civil Action
42 USC. 1983
Certificate of Service

Services Rendered - Notice, I the undersigned am over 18 yrs of age and a citizen of the USA. On this date of May 18-2008. I served the Court of USA to continue my civil action against Sgt Adams who violated my civil rights, 42.USC 1983

Kenneth Kay McCall
2337817
P.O. Box 67
San Bruno Cali
94066