IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH KAY McCALL, | ) | No. C 07-5621 JSW (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| SAN FRANCISCO SHERIFF'S DEPT., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, formerly detained at the San Francisco County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On April 3, 2008, this Court partially dismissed the complaint and served the remaining claims. In the order of service, the Court reminded Plaintiff of his obligation to inform the Court of any changes of address in a timely fashion and that failure to do so may result in the dismissal of this matter. (*See,* docket no. 6.)

On November 25, 2008 and December 1, 2008, the Court sent orders regarding Plaintiff's case to the address at the jail provided by Plaintiff. Thereafter, on December 4, 2008 and December 9, 2008 respectively, the Court's orders were returned with a notification from the facility that Petitioner was no longer in custody at the jail (*see* docket nos. 19 and 20).

A district court may sua sponte dismiss an action for failure to prosecute or to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). Pursuant to Northern District Local Rule 3-11 an attorney or party proceeding pro

1

1 se whose address changes while an action is pending must promptly file and serve upon
2 all opposing parties a notice of change of address specifying the new address.  *See* L.R.
3 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to
4 the attorney or the pro se party by the court has been returned to the court as not
5 deliverable, and (2) the court fails to receive within 60 days of this return a written
6 communication from the attorney or pro se party indicating a current address.  *See* L.R. 3-
7 11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal
8 with prejudice of pro se prisoner's complaint for failing to notify court of his change of
9 address despite local rule providing that case be dismissed without prejudice because any
10 lesser sanction would impose affirmative obligation for district courts to track down pro
11 se prisoners).

12         More than 60 days have passed since the orders were returned from the facility.
13 Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to
14 keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and
15 for failure to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

16         IT IS SO ORDERED.
17 DATED:  April 16, 2009
18                                         JEFFREY S. WHITE
                                           United States District Judge